ing or refusing of instructions, it was for the jury to determine the facts. This the jury did. Their verdict and the judgment entered thereon must stand.

Judgment affirmed.

MR. JUSTICE BUTLER, sitting for MR. CHIEF JUSTICE ADAMS, and MR. JUSTICE HILLIARD concur.

No. 13,508.

STANDARD SANITARY MANUFACTURING COMPANY *v.* ATKINS.
(33 P. [2d] 1116)

Decided June 12, 1934.

Messrs. BARTELS, BLOOD & BANCROFT, Mr. PAUL P. EAGLETON, for plaintiff in error.

Mr. BARNARD CUMMINGS, for defendant in error.